1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  TIMOTHY R. BOLIN, CSBN 259511
5  Special Assistant United States Attorney
        Social Security Administration
6       Office of the General Counsel
7       160 Spear St Ste 800
        San Francisco, CA 94105
8       Telephone: (415) 977-8982
9       Facsimile: (415) 744-0134
10      Email: timothy.bolin@ssa.gov
   Attorneys for Defendant
11

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA
14
15                        WESTERN DIVISION
16
17  REYNA HERNANDEZ,              ) No. 2:12-cv-04106-CW
                                  )
18         Plaintiff,             ) JUDGMENT
                                  )
19      v.                        )
                                  )
20  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
21                                )
22         Defendant.             )
23  _____)
24
25
26
27
28

1   Having approved the parties' joint stipulation to voluntary remand pursuant
2   to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment, **THE COURT**
3   **ORDERS, ADJUDGES, AND DECREES** that this case be remanded to the
4   Social Security Administration for further proceedings consistent with the parties'
5   joint stipulation.

6

7   Date: January 30, 2013

8   *[signature: Carla M. Woehrle]*
    HON. CARLA WOEHRLE
    United States Magistrate Judge