Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
tcohen@pottercohenlaw.com

Attorneys for Plaintiff, REYNA HERNANDEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REYNA HERNANDEZ, | ) **Case No.: 12 CV-04106 CW** |
| Plaintiff, | ) ~~AMENDED [PROPOSED]~~ **ORDER** |
| | ) **AWARDING EQUAL ACCESS TO** |
| vs. | ) **JUSTICE ACT ATTORNEY FEES** |
| | ) **PURSUANT TO 28 U.S.C. § 2412(d)** |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $3,500.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

*Carla M. Woehrle*

DATE:  April 22, 2013      _____
THE HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-